IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-860-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT** |
| | ) | |
| VINSON PERSONAL PROPERTY, | ) | |
| SPECIFICALLY DESCRIBED AS: | ) | |
| A BERETTA PISTOL, MODEL 21-A, | ) | |
| .25 CALIBER, SEMI-AUTOMATIC, | ) | |
| BLUE FINISH, 2.5 INCH BARREL, | ) | |
| 4.75 INCHES OVERALL, | ) | |
| SERIAL NUMBER BES28683V, | ) | |
| AND ANY AND ALL ACCOMPANYING | ) | |
| AMMUNITION; | ) | |
| EIGHT (8) ROUNDS OF | ) | |
| REMINGTON .25 CALIBER AMMUNITION; | ) | |
| AND FOURTEEN (14) ROUNDS OF | ) | |
| FIOCCHI .357 CALIBER AMMUNITION, | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 3rd day of April, 2014.

_____
JULIE A. RICHARDS
Clerk, United States District Court